| | |
|---|---|
| 1 | RUSS, AUGUST & KABAT |
| 2 | Reza Mirzaie (CA SBN 246953) |
|   | rmirzaie@raklaw.com |
| 3 | Brett E. Cooper (*pro hac vice*) |
|   | bcooper@raklaw.com |
| 4 | Marc A. Fenster (CA SBN 181067) |
|   | mfenster@raklaw.com |
| 5 | Seth Hasenour (*pro hac vice*) |
|   | shasenour@raklaw.com |
| 6 | Drew B. Hollander (*pro hac vice*) |
|   | dhollander@raklaw.com |
| 7 | Christian W. Conkle (CA SBN 306374) |
|   | cconkle@raklaw.com |
| 8 | 12424 Wilshire Boulevard, 12th Floor |
|   | Los Angeles, California 90025 |
| 9 | Telephone: (310) 826-7474 |
|   | Facsimile:(310) 826-6991 |

Attorneys for Plaintiff
*Scramoge Technology Limited*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCRAMOGE TECHNOLOGY LTD., | Case No. 5:21-CV-01712-DOC-ADS |
| Plaintiff, | **JOINT STIPULATION TO DISMISS** |
| vs. | |
| ANKER INNOVATIONS LTD. and FANTASIA TRADING LLC D/B/A ANKERDIRECT, | **JURY TRIAL DEMANDED** |
| Defendants. | |

WHEREAS Plaintiff Scramoge Technology Ltd. ("Plaintiff") and Defendants Anker Innovations Ltd. and Fantasia Trading LLC d/b/a Ankerdirect (together "Anker") have resolved Plaintiff's claims for relief against Anker and Anker's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Anker, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Anker with prejudice and Anker's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: September 7, 2022

| | |
|---|---|
| /s/Reza Mirzaie | /s/Warren Mabey |
| Reza Mirzaie (CA SBN 246953) | Warren K. Mabey, Jr. (*pro hac vice*) |
| rmirzaie@raklaw.com | mabey@fr.com |
| Brett E. Cooper (admitted *pro hac vice*) | FISH & RICHRDSON P.C. |
| bcooper@raklaw.com | 222 Delaware Avenue, 17th Floor |
| Marc A. Fenster (CA SBN 181067) | Wilmington, DE 19899 |
| mfenster@raklaw.com | Tel.: (302) 652-5070 |
| Seth Hasenour (admitted *pro hac vice*) | Fax: 302-652-0607 |
| shasenour@raklaw.com | |
| Drew B. Hollander (admitted *pro hac vice*) | Christopher S. Marchese (SBN 170239) |
| dhollander@raklaw.com | marchese@fr.com |
| Christian W. Conkle (CA SBN 306374) | 633 West Fifth Street, 26th Floor |
| cconkle@raklaw.com | Los Angeles, CA 90071 |
| RUSS AUGUST & KABAT | Tel: (213) 533-4240 |
| 12424 Wilshire Blvd. 12th Floor | Fax: (858) 678-5099 |
| Los Angeles, CA 90025 | |
| Phone: (310) 826-7474 | ***Attorneys for Defendants Anker Innovations Ltd. and Fantasia Trading LLC d/b/a AnkerDirect*** |
| Facsimile: (310) 826-6991 | |
| ***Attorneys for Plaintiff Scramoge Technology Limited*** | |

## SIGNATURE ATTESTATION

I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

Dated: September 7, 2022                     */s/ Reza Mirzaie*
                                             Reza Mirzaie

2
Joint Motion to Dismiss                                    Case No. 5:21-CV-01712-DOC-ADS